UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/18/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
         DEPUTY CLERK

ASHLEY NICOLE NOONAN,

    *Plaintiff,*

v.

CONSOLIDATED SHOE COMPANY, INC.,

    *Defendant.*

CASE NO. 6:20-cv-00068

ORDER

JUDGE NORMAN K. MOON

Before the Court is Defendant Consolidated Shoe Company's motion for summary judgment. Dkt. 28. For the reasons stated in the accompanying Memorandum Opinion, the Court **GRANTS** the motion. The case is **DISMISSED**.

It is so **ORDERED.**

The Clerk of the Court is directed to send a copy of this order to Defendant and all counsel of record.

Entered this  18th  day of November, 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE